IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNEDY, PIER & KNOFF, LLP, | ) | |
| Plaintiff, | ) | 8:10CV24 |
| v. | ) | |
| CARL GREEN, and SIGNATURE CAPITAL, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion to remand for lack of subject matter jurisdiction. Filing No. 5. The magistrate judge reviewed the motion and issued findings and recommendations to this court suggesting that the motion for remand be granted. Filing No. 9. No objections have been filed regarding the findings and recommendation. The court has carefully reviewed the record de novo, and the court has thoroughly reviewed the findings and recommendations of the magistrate judge and adopts them in their entirety.

THEREFORE, IT IS ORDERED that:

1. Plaintiff's motion to remand, Filing No. 5, is granted;

2. The findings and recommendation of the magistrate judge, Filing No. 9, is adopted in its entirety; and

3. This case is remanded to County Court of Cedar County, Nebraska.

DATED this 13th day of April, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.